

# Fourth Court of Appeals
## San Antonio, Texas

February 10, 2017

No. 04-16-00795-CV

**IN THE INTEREST OF N.R.G., ET AL., CHILDREN**,

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA00044
Honorable Karen A. Crouch, Judge Presiding

# O R D E R

The appellant's Ariel Rae Jean Parish Garcia's second motion for extension of time to file brief is hereby GRANTED. Time is extended to February 21, 2017.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of February, 2017.

_____
Keith E. Hottle
Clerk of Court